**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

_____

No. 06-11582

(D.C. Docket No. 04-02608-CV-WSD-1)

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Sept. 10, 2007
THOMAS K. KAHN
CLERK

COMMUNITY STATE BANK,
CASH AMERICA FINANCIAL SERVICES, INC.
CASH AMERICA INTERNATIONAL, INC.,
GEORGIA CASH AMERICA, INC.,
DANIEL R. FEEHAN,

                                Petitioners-Appellants,

versus

JAMES STRONG,

                                Respondent-Appellee.

--------------------------
On Appeal from the United States District Court for the
Northern District of Georgia
--------------------------

(Opinion April 27, 2007, 485 F.3d 597, 11th Cir. 2007)

(September 10, 2007)

Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.